IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23 CV 318 MR WCM

| | |
|---|---|
| MELINDA GOSNELL, | ) |
|     Plaintiff, | ) |
| v. | )     ORDER |
| SANOFI-AVENTIS U.S. LLC, et al., | ) |
|     Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 13) filed by J. Hunter Bryson. The Motion indicates that Mr. Bryson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of John Benjamin Black, who the Motion represents as being a member in good standing of the Bar of Texas. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 13) and **ADMITS** John Benjamin Black to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 13, 2023

W. Carleton Metcalf
United States Magistrate Judge