IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:23-cv-00318-MR-WCM

| | |
|---|---|
| MELINDA GOSNELL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SANOFI-AVENTI U.S. LLC; )<br>SANOFI US SERVICES INC. )<br>*formerly known as* )<br>Sanofi-Aventis U.S. Inc. )<br>)<br>Defendants. )<br>)<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on the parties' Notice of Pending Settlement and Request to Stay Proceedings, wherein they request that this matter be stayed in light of a proposed resolution that would resolve this matter along with others by way of a Master Settlement Agreement. For good cause shown, the request will be allowed.

**IT IS THEREFORE ORDERED** that this matter is **STAYED** through and including **August 28, 2024**, and all pending deadlines falling before said date are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file with the Court a status report within thirty (30) days from the date of this Order, and on or before each succeeding thirty (30) days thereafter until this matter is either closed or the stay is lifted, whichever shall first occur.

Signed: May 30, 2024

W. Carleton Metcalf
United States Magistrate Judge